UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :     19 Cr. 312 (LGS)
            -v-                                             :
                                                            :     **ORDER**
JENNIE PIZARRO,                                             :
                              Defendant,                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, with JENNIE PIZARRO's consent, his guilty plea allocution was taken before Magistrate Henry B. Pitman on April 26, 2019;

    WHEREAS, a transcript of the allocution was made; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       September 15, 2020

                                            LORNA G. SCHOFIELD
                                            United States District Judge